

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-15-00201-CR

| | | |
|---|---|---|
| MICHAEL RAY SENN, Appellant | § | On Appeal from the 213th District Court |
| | § | |
| | § | of Tarrant County (1308222R) |
| V. | § | October 25, 2018 |
| | § | Opinion by Justice Walker |
| | § | Dissent by Justice Gabriel |
| THE STATE OF TEXAS | § | (p) |

### JUDGMENT ON REMAND AND ON REHEARING

After reviewing the State's motion for rehearing of our opinion on remand dated May 17, 2018, we deny the motion; withdraw our prior opinion and judgment dated May 17, 2018; and substitute the following to clarify our prior holding.

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part, modified in part, and reversed and remanded in part.

We affirm that portion of the trial court's judgment of conviction on Senn's unchallenged conviction for prohibited sexual conduct. We modify the trial court's judgment on Senn's charge for sexual assault to reflect a second-degree felony. We reverse that portion of the trial court's judgment on Senn's charge for sexual assault as to punishment and remand the sexual assault case to the trial court for a new trial on punishment only.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Sue Walker                
       Justice Sue Walker